12 C 1638
Judge Joan H. Lefkow
Magistrate Judge Young B. Kim

FILED
MAR 0 6 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2-23-12

Dear Clerk,

    I have to meet my Statutory Deadline to file this petition.

    I have waited since 2-1-12 for Trust Fund Audit and the Business Office to complete the last page of my Application to Proceed in forma pauperis and Affidavit in support.

    It is 2-23-12 I must and will mail my Federal petition tonight.

    Please send me a case number and I can pay the $5 fee. With the order you send for the fee I may be able to get the business office to respond quicker.

Please, Stamp file my petition
Thank you for your help.

Respectfully

Jimmy Boyd